# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

COURTESY COPY – ORIGINAL FILED ELECTRONICALLY

June 2, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 7 2006 ★
BROOKLYN OFFICE

**FILED ELECTRONICALLY**

Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



RECEIVED
JUN - 5 2006
CHAMBERS OF JUDGE GLEESON

Re:  **North American Airlines v. Virgin Atlantic Airways**
Civil Action No.   :05 Civ 0150 (JG)(SMG)
<u>Our File No.</u>         :08681.00001

Dear Judge Gleeson,

We represent the plaintiff North American Airlines ("NAA") in this action. In accordance with instructions received from the Court, we are writing to advise that the parties have agreed to the following summary judgment briefing schedule in this action:

Service of summary judgment motion papers by any party: **on or before July 14, 2006.**

Service of opposition papers: **within 14 days of service of moving papers.**

Service of reply papers: **within 7 days of service of opposition papers.**

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ *Franklin F. Bass*

Franklin F. Bass

Oral Argument 8/18/06 @ 10 30pm
set for 8/18/06

s/John Gleeson

2318179.1

FB/DE

cc: Magistrate Judge Steven M. Gold
Christopher Carlsen, Esq.
Raymond Mariani, Esq.
John Oh, Esq.
Bradley L. Mitchell, Esq.